UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

O

Case No.    CV 08-06788 SGL (MANx)                                   Date:  October 28, 2008

Title:    RAYMOND MERCKEL v. RODNEY C. SACKS
===========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | None Present |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                 None present

PROCEEDINGS:    ORDER AND NOTICE VACATING FORM ADR-8, NOticE TO PARTIES OF ADR PILOT PROGRAM  (IN CHAMBERS)

    The parties in this matter are hereby notified that the October 15, 2008, above notice is ORDERED VACATED.  The settlement procedures for this Court will be covered in the standing order and scheduling order to be issued separately.

    IT IS SO ORDERED.